## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN RE :

APPLICATION OF
SALVATORE ROCCO NISI

Applicant.

_____/

## APPLICATION FOR DISCOVERY ASSISTANCE
## PURSUANT TO 28 U.S.C. § 1782 AND MEMORANDUM OF LAW

Applicant, Salvatore Rocco Nisi ("Mr. Nisi" or the "Applicant"), requests that the Court

provide discovery assistance with respect to foreign legal proceedings, pursuant to 28 U.S.C. §

1782 (the "Statute" or "Section 1782"), for the reasons stated below.

### FACTUAL BACKGROUND

1.      The Applicant, Salvatore Rocco Nisi, is the beneficial owner of Weddin Group

Ltd., an entity organized under the laws of the British Virgin Islands ("Weddin").[1]

2.      Starting in 2015, Weddin held financial assets (the "Financial Assets") in a

Panamanian custodial financial institution named PKB Banca Privada (Panamá), S.A. ("PKB"),

which were managed by a Panamanian financial services company named National Advisors

Corporation ("NAC").[2]

3.      In a letter dated May 26, 2017, from Luis Alberto Laguna Delgado ("Mr.

Laguna"), the representative and sole director of Weddin, to NAC, Mr. Laguna requests that

NAC close Weddin's account and transfer the Financial Assets presumably from PKB to a Wells

---

[1] *See* Affidavit of Melida Vega ("Vega Affidavit"), a true and correct copy of which is attached as Exhibit 1 to this Application, at ¶ 2.
[2] Vega Affidavit, ¶ 3.

Fargo Bank account (the "Wells Fargo Account") in zip code 33433 owned by RBC Financial Group (a.k.a., RBC Fin Group) ("RBC"). The account number of the Wells Fargo Account is Redacted.[3],[4]

4.      NAC provided Weddin its July 2015 to June 2017 account statement, which shows the transfer to the Wells Fargo account on June 5, 2017 at approximately 6:40 pm.[5]

5.      However, Weddin never received the Financial Assets in the Wells Fargo Account pursuant to Mr. Laguna's May 26, 2017 transfer request.

6.      In or around October 2018, Weddin filed a complaint (the "Proceeding") with the "Superintendencia de Valores," NAC's regulatory authority in Panama seeking to (i) sanction NAC for its failure to comply with the applicable regulatory standards, and (ii) investigate the matter in an effort to determine the location and disposition of the Financial Assets.[6]

7.      The Proceeding currently remains pending. However, the Superintendent has indicated that it needs more evidence, including documents indicating the disposition of the assets.[7]

8.      The Applicant further intends to file a separate civil action in Panama very soon for damages arising from the facts states above.

9.      The Applicant requests that the Court provide discovery assistance to be used by the Applicant in the Proceedings arising from the misappropriation of the Applicant's Financial Assets managed by NAC.

---

[3] Vega Affidavit, ¶ 6.
[4] *See* Correspondence to National Advisors Corporation dated May 26, 2017, a true and correct copy of which is attached as Exhibit 2 to this Application.
[5] *See* Wedding Group Ltd. Account Statement for the Period July 10, 2015 to June 20, 2017, a true and correct copy is attached as Exhibit 3 to this Application.
[6] Vega Affidavit, ¶ 10.
[7] Vega Affidavit, ¶ 11.

10.     The Applicant requests that Wells Fargo, which is located in zip code 33433, be directed to provide the discovery described below in support of the Proceedings.

## ANALYSIS

11.     Discovery assistance in aid of foreign proceedings is expressly authorized by 28 U.S.C. § 1782, which provides that:

> The district court of the district in which a person resides or is found *may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal . . .* The order may be made . . . *upon the application of any interested person* and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court (*emphasis added*).

28 U.S.C. § 1782(a) (emphasis added).

12.     Section 1782 assistance is appropriate here because: (i) Wells Fargo "resides or is found" in this district; (ii) the Applicant is an "interested person"; and (iii) the Proceeding will take place before "a foreign or international tribunal." *See Intel v. Advanced Micro Devices*, 542 U.S. 241 (2004).

13.     Wells Fargo is found in the Southern District of Florida because (i) it actively registered with the Florida Secretary of States as an "alien business organization" conducting business in Florida, and (ii) it in fact conducts business through its branch offices in the State of Florida.

14.     The Applicant is an "interested person" because he is the beneficial owner of the Financial Assets.  The Supreme Court of the United Stated held that a complainant who "possesses a reasonable interest in obtaining judicial assistance" qualifies as an "interested person" within any fair construction of that term.  *Intel v. Advanced Micro Devices*, 542 U.S. 241 at 256.  There can be no doubt that the Applicant in this case "possesses a reasonable interest in obtaining judicial assistance."

15.     The Proceeding with the Superintendent constitutes a "foreign or international tribunal" because the Superintendent is a first-instance decision maker.  The Supreme Court of the United States held that the European Commission was a "tribunal" under 28 U.S.C. § 1782 "when it acted as first-instance decision-maker" in determining whether Intel violated anti-trust regulations in the European Union.  *Intel v. Advanced Micro Devices*, 542 U.S. 241 at 257. Here, the Superintendent, like the European Commission, is acting as the first-instance decision-maker as it investigates NAC to determine whether NAC failed to comply with regulatory standards in its handling of the Applicant's Financial Assets and therefore constitutes a "foreign or international tribunal."

16.     The Applicant requests that Wells Fargo be directed to provide documents in accordance with the Federal Rules of Civil Procedure. The specific discovery that Applicant seeks from Wells Fargo is set forth as Exhibit 4 to this Application.

17.     In light of the foregoing, the Applicant respectfully requests that this request for assistance be granted. A proposed order is attached hereto as Exhibit 5 to this Application.

May 29, 2019                                    Respectfully submitted,

                                                **DLA PIPER LLP (US)**

                                                By: _s/ Harout Jack Samra_____
                                                       Michael A. Silva
                                                       Florida Bar No. 77895
                                                       Harout Jack Samra
                                                       Florida Bar No. 70523
                                                       Harout.Samra@dlapiper.com
                                                       200 S. Biscayne Blvd., Suite 2500
                                                       Miami, FL 33131
                                                       305-423-8500 Telephone
                                                       305-437-8131 Facsimile

                                                       *Counsel for Plaintiff*
                                                       *Salvatore Rocco Nisi*

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

                                    Case No.: 1:17-MC-21517-MGC

**APPLICATION OF**
**SALVATORE ROCCO NISI**

_____/

**AFFIDAVIT OF**
**MELIDA VEGA**

I, Melida Vega, am more than 21 years of age and have personal knowledge of the facts described herein as they have been alleged in a proceeding in Panama.

1.     I am a Panamanian attorney associated with the law firm Lex International Lawyers & Associates. My firm has been engaged by Weddin Group Ltd. ("Weddin") to represent Weddin in connection with an ongoing proceeding in Panama.

2.     Salvatore Rocco Nisi ("Mr. Nisi") is the beneficial owner of Weddin Group Ltd, a company organized under the laws of the British Virgin Islands ("Weddin").

3.     Weddin held financial assets (the "Financial Assets") that were managed by National Advisors Corporation ("NAC").

4.     Luis Alberto Laguna Delgado ("Mr. Laguna") is a representative and sole director of Weddin.

5.     Mr. Silva is a representative of Weddin and is currently on the board of directors of NAC.

6.     On May 26, 2017, Mr. Laguna requested that NAC transfer the Financial Assets to Wells Fargo account Redacted owned by RBC Financial Group ("RBC") for credit to Weddin account number Redacted. A true and correct copy of the May 26, 2017 correspondence is attached hereto as Exhibit A.

7.     However, the account appears to have been closed.

8.     Weddin has not been able to access the Financial Assets and has never received confirmation that it is the beneficial owner of the Financial Assets.

9.     I have been in contact with NAC to request the SWIFT number to trace the transfers of the Financial Assets. However, NAC has repeatedly refused to provide evidence of the transfer and has stopped responding to our requests.



10.     In or around October 2018, Weddin initiated a legal proceeding (the "Proceeding") with "Superintendencia de Valores" (the "Superintendent") in Panama to (i) sanction NAC for its failure to comply with the applicable regulatory standards, and (ii) investigate the matter in an effort to determine the location and disposition of the Financial Assets.

11.     The Proceeding is ongoing and the Superintendent has requested more evidence from Weddin, namely, documentation showing where the Assets were transferred.   This administrative proceeding remains open pending the investigation by the Superintendent.

12.     Weddin intends to file a separate civil action in Panama very soon for damages arising from the facts stated above.

13.     Weddin intends to use the records and documents it is requesting from Wells Fargo in this case in the Proceeding and in the contemplated civil action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Panama City, Panama, on May 24, 2019.

_____

Melida Vega
Lex International Lawyers & Associates

# Exhibit 2

To:

National Advisors Corporation
Business Ocean Plaza
Oficina 1503
Marbella
PANAMA

May 26th 2017

REF: closing account

Dear Sirs,

In reference to our relation WEDDIN GROUP LTD with account nr Redacted please close our account and transfer the amount to:

Bank:        Wells Fargo Bank
             Florida - USA -  33433
ABA:         Redacted
Swift:       WFBIUS6S
Credit to:   RBC Financial Group
Account:     Redacted

For Credit:  Weddin Group Ltd
Account:     Redacted

Thank you

Best regards

Weddin Group Ltd

Exhibit 3



**NATIONAL**

SMV

Entidad regulada y supervisada por la SMV
Casa de Valores licencia No.084-01
del 5 de abril de 2001

**Address:** National Advisors
Corporation, Ocean Business
Plaza, Floor 15th, Suite
1503, Marbella, Panama
City, Panama.

**Email:** info@nationaladvisors.com.pa
**Phone:** +507-201-5001
**Fax:** +507-201-5001

Redacted Weddin Group LTD.

STATEMENT FOR THE PERIOD:
July 10, 2015 - June 20, 2017

YOUR ACCOUNT EXECUTIVE IS:
House Broker

TOTAL VALUE OF YOUR ACCOUNT:
USD 0.00

# Account Overview

Ending Value (As of June 20, 2017)

USD 0.00

Weddin Group LTD.
STATEMENT FOR THE PERIOD:
July 10, 2015 - June 20, 2017

 NATIONAL

# USD 0,00

## Holdings

| Security | ISIN | Qty | Cost | Price on June 20, 2017 | P/L | Current Market Value | To USD |
|---|---|---|---|---|---|---|---|

**Total Value** — USD 0,00

## Account Movements

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 2015-10-12 15:49:00 | All in fee 3QT | 866,57 | | USD -866,57 |
| 2015-10-12 17:36:00 | Com. Adm | 250,00 | | USD -1.116,57 |
| 2015-10-14 10:56:00 | Buy USD/EUR @1.1271 | | 1.116,57 | USD -0,00 |
| 2016-02-22 11:51:00 | (Free Delivery In) buy 2724,05 DEBTOPB NT@203.63000000 | 0,00 | | USD -0,00 |
| 2016-02-23 09:55:00 | Com Adm | 250,00 | | USD -250,00 |
| 2016-02-23 09:57:00 | Custodian Rights 4QT | 2.428,13 | | USD -2.678,13 |
| 2016-05-19 16:57:00 | MORGAN ST-GB HI YD BD-AHEUR LU0712125052 as of 17. Feb | 818,70 | | USD -3.496,83 |
| 2016-05-25 10:41:00 | COMISIONES NATIONAL ADVISORS PRIMER TRIMESTRE 2016 | 250,00 | | USD -3.746,83 |
| 2016-05-26 12:35:00 | ALL IN FEE 3QT. AS OF 10/12/2015. | | 866,57 | USD -2.880,26 |
| 2016-05-26 12:36:00 | ALL IN FEE 3QT AS OF 10/12/2015. | 866,57 | | USD -3.746,83 |
| 2016-05-26 12:37:00 | COMM ADM. AS OF 10/12/2015 | | 250,00 | USD -3.496,83 |
| 2016-05-26 12:38:00 | COMM ADM. AS OF 10/12/2015 | 250,00 | | USD -3.746,83 |
| 2016-05-26 12:38:00 | CONVERSION DE SELLEUR BUY/USD AS OF 10/14/2015. | 1.116,57 | | USD -4.863,40 |
| 2016-05-26 12:40:00 | CONVERSION DE SELLEUR BUY/USD AS OF 10/14/2015. | | 1.116,57 | USD -3.746,83 |
| 2016-05-26 12:45:00 | GASTO DE MANEJO AS OF 03/04/2016 | 50,00 | | USD -3.796,83 |
| 2016-05-26 12:52:00 | PAYMENT AS OF 03/22/2016 | | 5.444,87 | USD 1.648,04 |
| 2016-05-26 16:33:00 | CONVERSION DE EUR/USD @1.11946 - VENTA POR 5,404.52 UNITS - ANN2528E1039 AS OF 04/01/2016. | | 5.913,40 | USD 7.561,44 |
| 2016-06-30 18:34:00 | COMISIONES FIJAS ABRIL MAYO Y JUNIO | 250,00 | | USD 7.311,44 |
| 2016-08-01 14:46:00 | T-I | | 4,28 | USD 7.315,72 |



| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 2016-08-01 14:46:00 | T-I | 4,28 | | USD 7.311,44 |
| 2016-09-01 15:39:00 | 1-2QT 2016 | 5.449,15 | | USD 1.862,29 |
| 2016-10-12 11:46:00 | ADMINISTRACION 3 QT 2016 | 250,00 | | USD 1.612,29 |
| 2016-10-13 10:36:00 | custoy 3QT 2016 | 5.683,34 | | USD -4.071,05 |
| 2016-10-28 13:24:00 | AJUSTE POR COMISION SEGUN TARIFARIO 2016. | 3.422,07 | | USD -7.493,12 |
| 2016-12-23 11:42:00 | 4QT 2016 | 4.889,11 | | USD -12.382,23 |
| 2016-12-23 11:47:00 | Comision de Administracion | 350,00 | | USD -12.732,23 |
| 2016-12-28 12:09:00 | EUR/USD@1,0407 | | 12.859,55 | USD 127,32 |
| 2016-12-29 11:32:00 | COMISION OPS EUR/USD | 127,32 | | USD -0,00 |
| 2017-01-06 14:41:00 | (Sell) 2724.05 DEBTOPB NT@214,04000000 | | 579.916,04 | USD 579.916,04 |
| 2017-03-07 09:50:00 | cargo bandario por trf | 60,00 | | USD 579.856,04 |
| 2017-03-07 09:52:00 | comision por trf 75*2 | 150,00 | | USD 579.706,04 |
| 2017-03-07 09:53:00 | 1QT 2017 | 5.041,82 | | USD 574.664,22 |
| 2017-03-10 11:15:00 | GASTO DE CIERRE DE CUENTA | 3.000,00 | | USD 571.664,22 |
| 2017-04-21 14:26:00 | FONDOS TRANSFERIDOS HIPOTEKARNA BANKA MISMO TITULAR | 571.664,22 | | USD 0,00 |
| 2017-06-05 18:27:00 | FONDOS DEVUELTOS. | | 571.431,42 | USD 571.431,42 |
| 2017-06-05 18:27:00 | COMISION POR TRANSFERENCIA | 75,00 | | USD 571.356,42 |
| 2017-06-05 18:41:00 | TRANSFERENCIA DE FONDOS WELLS FARGO | 571.356,42 | | USD 0,00 |

Weddin Group LTD.
STATEMENT FOR THE PERIOD:
July 10, 2015 - June 20, 2017

# EUR 0,00

 NATIONAL

## Holdings

| Security | ISIN | Qty | Cost | Price on June 20, 2017 | P/L | Current Market Value | To USD |
|---|---|---|---|---|---|---|---|
| Cash Entry | | | | | | | |
| Total Value | | | | | | | USD 0,00 |

## Account Movements

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 2015-08-12 12:08:00 | Cash Entry | | 120.000,00 | EUR 120.000,00 |
| 2015-09-22 11:56:00 | (deposit) buy 450000.00 XS1069934757@100.00000000 | 0,00 | | EUR 120.000,00 |
| 2015-09-22 11:56:00 | (deposit) buy 7987.22 JP5D GF@15.39000000 | 0,00 | | EUR 120.000,00 |
| 2015-09-22 11:56:00 | (deposit) buy 3502.00 JPEDSCA LX@34.86000000 | 0,00 | | EUR 120.000,00 |
| 2015-09-29 12:03:00 | (sell) 7987.00 JP5D GF@14.52210000 | | 114.253,99 | EUR 234.253,99 |
| 2015-09-29 12:03:00 | (sell) 3502.00 JPEDSCA LX@34.56910000 | | 119.251,13 | EUR 353.505,12 |
| 2015-09-29 12:07:00 | (sell) 0.22 JP5D GF@0.00000000 | | 0,00 | EUR 353.505,12 |
| 2015-10-14 10:57:00 | Buy USD/EUR @1.1271 | 990,66 | | EUR 352.514,46 |
| 2015-10-20 10:47:00 | (deposit) buy 3064.00 MGHYAHE LX@30.77000000 | 0.00 | | EUR 352.514,46 |
| 2015-11-25 15:31:00 | (deposit) buy 5404.52 ANN2528E1039@200.28000000 | 0.00 | | EUR 352.514,46 |
| 2015-12-15 14:36:00 | (sell) 450000.00 XS1069934757@100.00000000 | | 450.000,00 | EUR 802.514,46 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 2016-01-27 14:37:00 | INTEREST CORP FIN 7.5% XS1069934757 | | 16,875.00 | EUR 819,389.46 |
| 2016-02-17 18:01:00 | (sell) 3063.73 MGHYAHE LX@27.96000000 | | 85,098.98 | EUR 904,488.44 |
| 2016-02-17 18:02:00 | (sell) 0.27 MGHYAHE LX@0.00000000 | | 0.00 | EUR 904,488.44 |
| 2016-04-13 11:33:00 | (Sell) 5404.52 ANN2528E1039@205.17000000 | | 1,096,681.33 | EUR 2,001,169.77 |
| 2016-05-26 12:06:00 | CASH ENTRY - ESTABA POSTEADO EN CHS/EUR Y LE PERTENECE A UOB/EUR AS OF 08/12/2015. | | 120,000.00 | EUR 2,121,169.77 |
| 2016-05-26 12:11:00 | CONVERSION POSTEADO POR ERROR EN CHS/EUR Y BUY/USD - AS OF 10/14/2015 | 990,66 | | EUR 2,120,179,11 |
| 2016-05-26 12:19:00 | CASH ENTRY - POSTEADO POR ERROR EN CHS/EUR Y PERTECE A UOB/EUR - AS OF 08/12/2015. | | 120,000.00 | EUR 2,000,179.11 |
| 2016-05-26 12:20:00 | CONVERSION DE SELL/EUR -BUY/USD @1.1271 - POSTEADO POR ERROR EN CHS/EUR Y PERTENECE A UOB/EUR - AS OF 10/14/2015. | | 990,66 | EUR 2,001,169,77 |
| 2016-05-26 12:23:00 | TRANSFER ORDER BY CLIENT - AS OF 03/04/2016. | 700,000.00 | | EUR 1,301,169.77 |
| 2016-05-26 12:24:00 | RETORNO DE CASH AS OF 03/09/016. | | 700,000.00 | EUR 1,999,394,77 |
| 2016-05-26 12:26:00 | PAYMENTS AS OF 03/22/2016. | | 2,949,00 | EUR 2,002,343,77 |
| 2016-05-26 16:31:00 | CONVERSION DE EUR/USD @1.11946 - VENTA POR 5,404.52 UNITS - ANN2528E1039 AS OF 04/01/2016. | 6,619,81 | | EUR 1,995,723,96 |
| 2016-08-01 14:47:00 | T-I | 121,958,34 | | EUR 1,873,765.62 |
| 2016-08-01 14:48:00 | T-I | | 121,958,34 | EUR 1,995,723,96 |
| 2016-08-01 15:51:00 | ADJ | 700,045,47 | | EUR 1,295,678.49 |
| 2016-08-01 15:54:00 | ADJ | | 45,67 | EUR 1,295,632,82 |
| 2016-12-28 11:12:00 | EUR/USD@1.0407 | 12,356,64 | | EUR 1,283,276.18 |
| 2017-03-02 11:12:00 | TRANSFERENCIA ECENTOS INC | | 200,000.00 | EUR 1,483,276.18 |
| 2017-03-07 09:50:00 | cargo bancario por trf | 60,00 | | EUR 1,483,216.18 |
| 2017-03-10 11:13:00 | FONDOS TRANSFERIDOS HIPOTEKARNA BANKA MISMO TITULAR | 1,483,216,18 | | EUR 0,00 |
| 2017-03-30 11:13:00 | TRANSFERENCIA DEVUELTA | | 782,614,32 | EUR 782,614,32 |
| 2017-03-30 11:31:00 | TRANSFERENCIA DEVUELTA | | 699,397,57 | EUR 1,482,011,89 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 2017-06-05 18:42:00 | TRANSFERENCIA DE FONDOS WELLS FARGO | 1.482.011,89 | | EUR 0,00 |

Weddin Group LTD.
STATEMENT FOR THE PERIOD:
July 10, 2015 - June 20, 2017

# Fx Information

🌐 NATIONAL

| Pair | Rate |
| --- | --- |
| USD/CAD | 1.32200000 |
| CAD/USD | 0.75640000 |
| USD/AUD | 1.31590000 |
| AUD/USD | 0.75990000 |
| USD/NOK | 8.50330000 |
| NOK/USD | 0.11760000 |
| USD/CHF | 0.97550000 |
| CHF/USD | 1.02510000 |
| USD/JPY | 111.56900000 |
| JPY/USD | 0.00900000 |
| USD/GBP | 0.78510000 |
| GBP/USD | 1.27370000 |
| USD/XAU | 0.00080000 |
| XAU/USD | 1,246.69930000 |
| USD/EUR | 0.89660000 |
| EUR/USD | 1.11530000 |
| USD/ZAR | 12.96990000 |
| ZAR/USD | 0.07710000 |
| BRL/USD | 0.30470000 |
| USD/BRL | 3.28170000 |
| USD/TRY | 3.52170000 |
| TRY/USD | 0.28400000 |
| RUB/USD | 0.01710000 |
| USD/RUB | 58.39900000 |
| PHP/USD | 0.02000000 |
| USD/PHP | 50.05000000 |
| AED/USD | 0.27230000 |
| USD/AED | 3.67280000 |

Weddin Group LTD
STATEMENT FOR THE PERIOD:
July 10, 2015 - June 20, 2017



# Footnotes and Cost Basis Information

**CHANGE IN VALUE OF YOUR PORTFOLIO** es the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable.

**CHANGE IN INVESTMENT VALUE** is the difference between the prior period and current period values which includes the difference between securities that were bought, sold and redeemed during this time period as well as any activity that occurred such as additions and withdrawals, securities transferred, income, expense, and other activity. This does not reflect activity related to assets in which National Advisors Corporation is not the custodian (e.g. insurance and Annuities, Assets Held Away and Other Assets Held Away.)

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NAC may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NAC is allocated a portion of the called/redeemed securities, NAC utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed NAC allocations are not made on a pro rata basis and it ispossible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fullyy paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NAC and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle FX transactions may be affected by Fidelity Forex Inc on a principal basis Fidelity Forex Inc, an affiliate of NAC, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc may share a portion of any FX commission or markup with NAC. More favorable rates may be available through third parties not affiliated with NAC. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Advisors Corporation to report basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Advisors Corporation determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisers can instruct National Advisors Corporation to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**GLOSSARY** - Shor Account Balances- If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. Market Value - The total Market value has been calculated out to 9 decimal places, however the individual unit price is displayed in 5 decimal places. The total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but whn such quotes are not available the pricing vendors use a variety of techniques to estimate value, these estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purcahsed based on various market factors investment decisions should be made only after consulting your broker/dealer. Estimated Yield ("EY") and Estimated Annual Income ("EAI") When available, the coupon rate of some fixed income securities is divided by the current market value of the fixed income security to create the "EY" figure and/or the current interest rate or estimates, and the incomeand yield might by lower or higher. Additionally, estimates may include return of principal or capital gains which would render them overstated. "EY" reflects only the income generated by an investment, not changes in prices which fluctuate. These figures are based on mathematical calculations of available data, and have been obtained from information providers belived to be reliable, but no assurance can

be made as to accuracy. Since the interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political and business conditions, they should not be relied on for making investment, trading decisions, or tax decisions.

CUSTOMER SERVICE - Please review your statement and report any discrepancies immediately, inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement and National Advisors Corporation ("NAC") who carries your brokerage account and acts as your custodian for funds and securities deposited with NAC directly by you, through your broker/dealer, or as result of transactions NAC processes for your account NAC may be contacted by calling 507-201-5552. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either NAC or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify the service center or your broker/dealer promptly in writing of any change of address.

ADDITIONAL INFORMATION - Customer free credit balances are not segregated and may be used in NAC business, subject to the limitations of 17CFR Section 240.15C3-2 under the Securities and Exchange Act of 1934. You have the right to receive from NAC in the course of normal business operations, subject to open commitments in any of your brokerage accounts, any free credit balances to which you are entitled or any fully paid securities to which you are entitled and any securities purchased on margin upon full payment of any indebtedness to NAC. Interest on free credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term money market rates and/or your brokerage account balances, set at the discretion of your broker/dealer and/or NAC.

Credit Adjustment Program - Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NAC reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

Options Customers. Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer.

Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. Splits, Dividends, and Interest. Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing NAC is not responsible for inaccurate, incomplete, or missing information.

Please consult your broker/dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities. Equity Dividend Reinvestment Customers. Shares credited to your brokerage account resulted from transactions effected as agent by either 1) Your broker/dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request NAC may have acted as market maker in affecting trades in over-the-counter securities.

Retirement Contributions/Distributions. A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement Income Reporting. NAC reports earnings from transactions in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NAC is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request Statement Mailing. NAC will deliver statements by mail or, if applicable, notify you by email of your statements availability, if you had transactions that affected your cash balances or security positions held in your accounts) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their account contain a cash or securities balance.

Loads and Fee - In addition to sales loads and 12b-1 fees described in the prospectus, NAC or your broker/dealer receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. Thus additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates Additional anformation about the source(s) and amount(s) of compensation as well as other remuneration received by NAC or your broker/dealer will be furnished to you upon written request. At time of purchase, fund shares may be assigned a transaction fee or no transaction fee status. At time of sale applicable fees will be based on that status.

Margin. If you have applied for margin privileges and been approved, you may borrow money from NAC in exchange for pledging the assets on your account as collateral for any outstanding margin loan. The amount you may borrow as based on the value of securities in your margin account, which as identified on your statement. If you have a margin account, thus as a combined statement at your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 2.c of Regulation T issued by the Board of Governors of the Federal Reserve Board The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA") The FINRA requires that we notify you in writing of the availability of an

investor brochure that includes information describing FINRA Regulations BrokerCheck Program ("Program") To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 2899999 or access the FINRAs web site at www finra org.

FINRA Rule 4311 requires that your broker/dealer and NAC allocate between them certain functions regarding the administration of your brokerage account The following is a summary of the allocation services performed by your broker/dealer and NAC A more complete description is available upon request.

Your broker/dealer is responsible for (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NAC with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs NAC shall, at the direction of your broker/dealer (1) execute, clear and settle transactions processed through NAC by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so) Certain securities pricing and descriptive information may be provided by your broker/dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NAC, (3) act as custodian for funds and securities received by NAC on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin Your broker/dealer as responsible for ensuring that your brokerage account is in compliance with federal, industry and NAC margin rules, and for advising you of margin requirements.

NAC shall maintain the required books and records for the services it performs.

Securities in accounts carried by NAC are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 For claims filed on or after July 22, 2010, the $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPCs Board of Directors. NAC also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage.

For more details on SIPC, or to request a SIPC brochure, visit www.aipc.orp or call 1-202-371-8300.

Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal. End of Statement

# Exhibit 4

## **DOCUMENTS TO BE PRODUCED**

The Applicant requests that Wells Fargo Bank, N.A. ("Wells Fargo") be directed to provide the Applicant with the following documents or responses within 21 days of the Court's order granting discovery assistance:

1.      Monthly or periodic statements for the time period between March 2016 and the present for account number Redacted held at Wells Fargo.

2.      Monthly or periodic statements for the time period between March 2016 and the present for accounts for RBC Financial Group held at Wells Fargo.

3.      Monthly or periodic statements for the time period between March 2016 and the present for accounts of Weddin Group Ltd. held at Wells Fargo.

4.      Monthly or periodic statements for the time period between March 2016 and the present for accounts of National Advisors Corporation held at Wells Fargo.

5.      Any and all communications from Wells Fargo transmitting the account statements requested in Document Request No. 1-4.

6.      Documents indicating and/or reflecting account numbers for accounts held at Wells Fargo by RBC Financial Group, Weddin Group Ltd.,  and National Advisors Corporation.

7.      Documents indicating and/or reflecting account numbers for accounts held at Wells Fargo by National Advisors Corporation.

Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

IN RE :

APPLICATION OF
SALVATORE ROCCO NISI

Applicant.
_____/

**PROPOSED ORDER GRANTING APPLICATION**
**FOR DISCOVERY ASSISTANCE**

THIS MATTER came before the Court pursuant to an Application for Discovery
Assistance with Respect to Foreign Legal Proceedings (the "Application") by Salvatore Rocco
Nisi ("Mr. Nisi" or "Applicant") from Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to 28
U.S.C. § 1782.

Upon review of the application, Applicant's incorporated memorandum, and the legal
authorities associated with 28 U.S.C. § 1782, and being apprised of all pertinent matters, it is
hereby ORDERED and ADJUDGED that:

1.     The Applicant's Application is GRANTED.

2.     Wells Fargo shall within 21 days of the service of this order produce the
following documents (or materials) to the Applicant:

    a.  Monthly or periodic statements for the time period between March 2016 and the
    present for account number Redacted held at Wells Fargo.

    b.  Monthly or periodic statements for the time period between March 2016 and the
    present for accounts for RBC Financial Group held at Wells Fargo.

c.  Monthly or periodic statements for the time period between March 2016 and the present for accounts of Weddin Group Ltd. held at Wells Fargo.

d.  Monthly or periodic statements for the time period between March 2016 and the present for accounts of National Advisors Corporation held at Wells Fargo.

e.  Any and all communications from Wells Fargo transmitting the account statements requested in Document Request No. 1-4.

f.  Documents indicating and/or reflecting account numbers for accounts held at Wells Fargo by RBC Financial Group, Weddin Group Ltd., and National Advisors Corporation.

g.  Documents indicating and/or reflecting account numbers for accounts held at Wells Fargo by National Advisors Corporation.

3.  The Court shall retain jurisdiction over this matter for me purpose of enforcing this order and assessing any supplemental requests for discovery assistance that may be requested by Applicant.

DONE and ORDERED, in Chambers, in Dade County, Florida, this __ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record